UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| J.S. and N.S., <br><br> Plaintiffs, <br><br> v. <br><br> HEALTH CARE SERVICE CORPORATION, d/b/a BLUE CROSS AND BLUE SHIELD OF ILLINOIS, <br><br> Defendant. | Case No.: 1:22-cv-05063 <br><br> Judge Mary M. Rowland <br><br> Magistrate Judge Heather K. McShain |

**PLAINTIFF'S MOTION FOR ENTRY OF JUDGMENT**

Now come the plaintiffs, J.S. and N.S. (collectively "Plaintiffs"), by their undersigned attorneys, and hereby move for the entry of judgment in their favor and against the defendant, HEALTH CARE SERVICE CORPORATION, d/b/a BLUE CROSS BLUE SHIELD OF ILLINOIS ("Defendant"), pursuant to Fed. R. Civ. P. 52, as well as this Court's August 1 and October 21, 2025 minute entry (Docs. 63 & 67), on the ground that the preponderance of the evidence favors the entry of judgment in Plaintiffs' favor in this case for healthcare benefits under § 502(a)(1)(B) of the Employee Retirement Income Security Act of 1974 ("ERISA") (29 U.S.C. § 1132(a)(1)(B)). In support thereof, Plaintiffs concurrently submit a separate Statement of Facts and Memorandum of Law.

WHEREFORE, Plaintiffs respectfully request that this Court enter judgment in their favor and against Defendant, overturn the denial of benefits, remand the wrongfully denied healthcare claims for further consideration, and award them attorneys' fees and costs.

Dated: October 31, 2025                                          Respectfully Submitted,

                                                                 /s/ Marie E. Casciari
                                                                 _____

                          Attorney for Plaintiffs
                          J.S. and N.S.

Marie E. Casciari
DeBofsky Law, Ltd.
2 North Riverside Plaza, Suite 1420
Chicago, Illinois 60606
Telephone: (312) 561-4040
Facsimile: (312) 600-4426
Email: mcasciari@debofsky.com

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on October 31, 2025, she electronically filed the foregoing PLAINTIFFS' MOTION FOR ENTRY OF JUDGMENT with the Clerk of the Court using the CMF/ECF system, which sent notice of such filing to all attorneys of record.

/s/ Marie E. Casciari

_____

Attorney for Plaintiffs
J.S. and N.S.

Marie E. Casciari
DeBofsky Law, Ltd.
2 North Riverside Plaza, Suite 1420
Chicago, Illinois 60606
Telephone: (312) 561-4040
Facsimile: (312) 600-4426
Email: mcasciari@debofsky.com