**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| J.S. and N.S., <br><br> Plaintiffs, <br><br> v. <br><br> HEALTH CARE SERVICE CORPORATION, d/b/a BLUE CROSS AND BLUE SHIELD OF ILLINOIS, <br><br> Defendant. | Case No.: 1:22-cv-05063 <br><br> Judge Mary M. Rowland <br><br> Magistrate Judge Heather K. McShain |

# DEFENDANT'S MOTION FOR JUDGMENT UNDER FEDERAL RULE OF CIVIL PROCEDURE 52

COMES NOW Defendant, Health Care Service Corporation, a Mutual Legal Reserve Company doing business in Illinois as Blue Cross and Blue Shield of Illinois ("BCBSIL"), pursuant to Rule 52 of the Federal Rules of Civil Procedure, and moves this Court for an Order granting judgment in its favor and against Plaintiffs, J.S. and N.S. ("Plaintiffs"), and adopting each of BCBSIL's Proposed Findings of Fact and Conclusions of Law. The reasons supporting this Motion for Judgment are set forth in BCBSIL's accompanying Memorandum of Law in Support of its Motion for Judgment under Rule 52.

Along with its Motion for Judgment and Memorandum of Law, BCBSIL files its Proposed Findings of Fact and Conclusions of Law and supporting Appendix of Exhibits, and BCBSIL incorporates those documents by reference.

**WHEREFORE**, Defendants BCBSIL requests that this Court enter an Order granting its Motion for Judgment; that this Court adopt BCBSIL's Proposed Findings of Fact and Conclusions of Law; and any such further relief, at law or in equity, that BCBSIL has shown itself entitled.

2

Dated: October 31, 2025          Respectfully submitted,

<u>/s/ Robert C. Deegan</u>
Martin J. Bishop
Rebecca R. Hanson
Robert C. Deegan
Coco E. Arima
**CROWELL & MORING LLP**
455 N. Cityfront Plaza Drive, Suite 3600
Chicago, Illinois 60611
Telephone: (312) 207-2427
mbishop@crowell.com
rhanson@crowell.com
rdeegan@crowell.com
carima@crowell.com

*Attorneys for Defendant, Blue Cross and Blue Shield of Illinois*

**CERTIFICATE OF SERVICE**

    The undersigned attorney hereby certifies that on October 31, 2025, she electronically filed the foregoing Joint Status Report with the Clerk of the Court using the CMF/ECF system, which sent notice of such filing to all attorneys of record.

                                                           */s/ Robert C. Deegan*
                                                           Robert C. Deegan